NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERLENE L. PARKER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5139

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-073, Judge Marian Blank Horn.

---

**ON MOTION**

---

**ORDER**

Verlene L. Parker moves for a waiver of the bill of costs,

Accordingly,

IT IS ORDERED THAT:

(1) The motion is deferred for consideration by the merits panel assigned to hear this case.

(2) A copy of Parker's motion and this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

SEP 1 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Verlene L. Parker
     Lane M. McFadden, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 7 2010

JAN HORBALY
CLERK